UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED A. CHOWDHURY,
       Plaintiff,

    -v-

BERKSHIRE HEAVY HAULERS, INC. *et al.*,
       Defendants.

20-CV-1932 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, Bronx County, on March 4, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than August 14, 2020.

  Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by August 7, 2020.

  SO ORDERED.

Dated: July 30, 2020
   New York, New York

_____
J. PAUL OETKEN
United States District Judge