UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED A. CHOWDHURY,

                              Plaintiff,

                -v-

BERKSHIRE HEAVY HAULERS, INC.
*et al.*,

                              Defendants.

20-CV-1932 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This action was filed in New York State court on October 3, 2019, and was removed to this Court on March 4, 2020.  (Dkt. No. 1.)  By Order dated July 30, 2020, the Court directed Plaintiff to appear no later than August 14, 2020, and directed Defendants to serve a copy of the Order on Plaintiff.  (Dkt. No. 6.)  The docket does not indicate that Defendants have served Plaintiff in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.  Defendants' letter dated August 6, 2020, does not indicate that Plaintiff "consented . . . in writing" to Defendants' service by email, as is required for that form of electronic service to be effective under Rule 5(b)(2)(E).

    Defendants are directed to serve Plaintiff in accordance with Rule 5(b) or, if Plaintiff already has been served in accordance with Rule 5(b), advise the Court of when and in what manner such service was made on or before August 31, 2020.

    SO ORDERED.

Dated: August 25, 2020
       New York, New York

_____
            J. PAUL OETKEN
         United States District Judge