UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MOHAMMED A. CHOWDHURY,

                         Plaintiff,

       -against-

BERKSHIRE HEAVY HAULERS, INC., et al.,

                         Defendants.

------------------------------------------------------------X

20-CV-01932 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the close of fact discovery, the parties are directed to meet and confer as to whether a settlement conference would be productive at this time. If the parties would like to schedule a settlement conference, they should file a letter stating so no later than March 9, 2022. The letter should indicate whether the parties wish to conduct the settlement conference before me, before another Magistrate Judge, or through referral to the Court-annexed Mediation Program.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      March 1, 2022
                 New York, New York