**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MOHAMMED A CHOWDHURY,

                                    **Plaintiff,**                          **20-CV-01932 (SN)**

               -against-                                                **ORDER**

**BERKSHIRE HEAVY HAULERS INC., et al.,**

                                    **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

        The parties have informed the Court that they have reached a settlement. Accordingly,

the settlement conference currently scheduled for June 14, 2022, is ADJOURNED without date,

and this case is discontinued without costs to any party and without prejudice to restoring the

action to this Court's docket if the application to restore the action is made within thirty (30)

days.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        May 6, 2022
              New York, New York